**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**TOMMY MOSLEY** **PETITIONER**
ADC #085548

**v.** **CASE NO. 4:26-CV-00617-BSM**

**DEXTER PAYNE** **RESPONDENT**

# ORDER

After a *de novo* review, Magistrate Judge Edie R. Ervin's recommended disposition [Doc. No. 5] is adopted. Tommy Mosley's petition for a writ of habeas corpus is dismissed without prejudice and his case is closed. A certificate of appealability shall not issue.

IT IS SO ORDERED this 8th day of September, 2026.

Brian S. Miller
UNITED STATES DISTRICT JUDGE