**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**TOMMY MOSLEY** **PETITIONER**
ADC #085548

**v.** **CASE NO. 4:26-CV-00617-BSM**

**DEXTER PAYNE** **RESPONDENT**

**JUDGMENT**

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 8th day of September, 2026.

UNITED STATES DISTRICT JUDGE